# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ERNIE JOE FIELDS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-02-1392-R |
| | ) |
| **CORRECTIONS CORPORATION** | ) |
| **OF AMERICA,** et al., | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

Judgment is hereby entered in favor of the Defendants on Plaintiff's claims.

ENTERED this 2nd day of April 2008.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE